UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| STEVE MANIACI, on behalf of himself and others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>DEBT CONSULTANTS GROUP INC.,<br><br>    Defendant.<br>_____/ | Case No. 2:25-cv-12527-BRM-CI<br><br>Hon. Brandy R. McMillion<br><br>Magistrate Judge Curtis Ivy, Jr. |

## **NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE that George T. Blackmore, Esq., enters his appearance as local counsel on behalf of Plaintiff and the proposed class.

    Respectfully Submitted,

    BLACKMORE LAW PLC

    /s/ George T. Blackmore
    By: George T. Blackmore (P76942)
    1100 Owendale Drive
    Suite M
    Troy, MI 48083
    Phone: (888) 835-2993
    george@blackmore.law
    *Local Counsel for Plaintiff and the proposed class*

Dated: September 3, 2025

## **CERTIFICATE OF SERVICE**

I certify that on September 3, 2025, I electronically filed the foregoing NOTICE OF APPEARANCE with the Court's CM/ECF system, which will provide notice of this document's filing on all registered parties.

/s/ George T. Blackmore
George T. Blackmore