**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**

| | |
|---|---|
| STEVE MANIACI )<br>*on behalf of himself and* )<br>*others similarly situated*, )<br> )<br>      Plaintiff, )<br> )<br>v. )<br> )<br> )<br>DEBT CONSULTANTS GROUP INC )<br> )<br>      Defendant. )<br> ) | Civil Action No.: 25-cv-12527 |

**NOTICE OF DISMISSAL WITHOUT PREJUDICE**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A), Plaintiff, by and through undersigned counsel, hereby gives notice that the above-captioned action is voluntarily dismissed without prejudice, with each party to bear its own attorneys' fees and costs.

Dated: September 5, 2025        PLAINTIFF,


                                */s/ Anthony I. Paronich*
                                Anthony I. Paronich
                                Paronich Law, P.C.
                                350 Lincoln Street, Suite 2400
                                Hingham, MA 02043
                                (508) 221-1510
                                anthony@paronichlaw.com