UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

STEVE MANIACI,

       Plaintiff,                               Case No. 25-cv-12527
                                               Hon. Brandy R. McMillion

v.

DEBT CONSULTANTS GROUP INC.,

       Defendant.
_____/

## ORDER DISMISSING CASE

Pursuant to the Notice of Voluntary Dismissal Without Prejudice by Plaintiff, this case is **DISMISSED WITHOUT PREJUDICE**.

    **IT IS SO ORDERED.**

                                              s/Brandy R. McMillion
                                              BRANDY R. MCMILLION
                                              UNITED STATES DISTRICT JUDGE

Dated:  September 5, 2025

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record by electronic means and/or ordinary mail.

                                              s/L. Hosking
                                              Case Manager